CUYAHOGA COUNTY BAR ASSOCIATION *v.* ANDREWS.

[Cite as *Cuyahoga Cty. Bar Assn. v. Andrews*
(1992), 64 Ohio St.3d 37.]

(No. 91–2503—Submitted March 17, 1992—Decided June 17, 1992.)

*Peter H. Weinberger, Timothy Bittel* and *Mitchell Weisman,* for relator.

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board. We also agree with the board's recommendation. Accordingly, respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.